# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LINDA MANZANO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-00795-KJD-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NEW ALBERTSONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint in this matter was filed in state court and removed to Federal District Court (Dkt. #1) May 11, 2012. The Answer (Dkt. #6) was filed June 12, 2012. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** Plaintiff shall file her Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., August 1, 2012.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 18th day of July, 2012.

_____
Peggy A. Leen
United States Magistrate Judge