**LEW BRANDON, JR., ESQ.**
Nevada Bar No.: 5880
**MORAN LAW FIRM, LLC**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
*l.brandon@moranlawfirm.com*
Attorney for Defendant,
NEW ALBERTSONS, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA MANZANO, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NEW ALBERTSON'S ,INC., a Delaware Corporation and DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>Defendants. | CASE NO.: 2:12-cv-00795-KJD-PAL |

## STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining

///

///

///

///

///

MORAN LAW FIRM LLC
LORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
30 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

1

1  parties, each party bear their respective fees and costs incurred.

2  DATED this /2 day of _Sytwber_, 2013.

3  **BERNSTEIN & POISSON**                **MORAN LAW FIRM, LLC**

6  _____           _____
   **CHRISTOPHER D. BURK, ESQ.**          **LEW BRANDON, JR., ESQ.**
7  Nevada Bar No.: 8973                   Nevada Bar No. 5880
   320 South Jones Blvd.                  630 S. Fourth Street
8  Las Vegas, Nevada 89107                Las Vegas, Nevada 89101
   Attorney for Plaintiff,                Attorney for Defendant,
9  LINDA MANZANO                          NEW ALBERTSONS, INC.

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

DATED this  18  day of   September  , 2013.

_____
**UNITED STATES DISTRICT JUDGE**

*Respectfully Submitted:*

**MORAN LAW FIRM, LLC**

_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
NEW ALBERTSONS, INC.

MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

2